UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON MCGINNIS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 15-cv-10234-IT |
| | * |
| ANNIE DOOKHAN, NICOLE MEDINA, | * |
| JULIE NASSIF, LINDA HAN, CHARLES | * |
| SALEMI, and ELIZABETH O'BRIEN, | * |
| | * |
| Defendants. | * |

ORDER OF DISMISSAL

February 14, 2017

TALWANI, D.J.

On August 16, 2016, Plaintiff's counsel notified the court of Plaintiff's death. [#55]. On November 10, 2016, Plaintiff's counsel requested that the court extend to December 14, 2016, the deadline to file a motion to substitute a proper party for the deceased Plaintiff. [#56]. The court allowed the extension to December 14, 2016. [#58].

Having received no motion to substitute, the court hereby DISMISSES this action WITHOUT PREJUDICE. See Fed. R. Civ. P. 25(a)(1).

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge